May 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD'S AUTO SALES AND RICHARD OSBORNE, Appellants

NO. 14-13-00522-CV                    V.

FAN DISTRIBUTING LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Fan Distributing LLC, signed March 13, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Fan Distributing LLC.

We further order this decision certified below for observance.